**Order filed December 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00469-CV
_____

### UNIQUE MICA GREEN, Appellant

### V.

### SHAWNTONYA LAVINGHOUSEZ, Appellee

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 109650-CV**

## ORDER

Appellant filed a pro se notice of appeal in this case on August 12, 2021. On August 21, 2021, appellant filed a statement of inability to afford payment of court costs in this case. This court deemed appellant indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. This court further informed appellant that to obtain the clerk's record without payment of costs, a party must file a statement of inability to afford payment of court costs in the trial court. *See* Tex. R. Civ. P. 145.

The court reporter's information sheet filed September 16, 2021, states that the reporter's contest to appellant's claim of indigence was sustained. It is therefore apparent that appellant filed a Statement of Inability to Afford Payment of Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Because the clerk's record has not been filed, the record before this court does not reflect that appellant has been ordered to pay costs pursuant to Rule 145.

Therefore, we order the Brazoria County District Clerk and the court reporter for the 412th District Court to prepare and file with this court the record of all trial court proceedings on appellant's claim of indigence, including the trial court's order on the court reporter's contest. *See* Tex. R. Civ. P. 145(f)(3). The record must be provided without charge and filed with this court on or before **December 2, 2021.**

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.